# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROGER EDWARD JEROME BIEROS**, | : : : | CIVIL ACTION NO. 1:13-CV-2567 |
| Petitioner | : : | (Chief Judge Conner) |
| v. | : : | |
| **T. BICKELL**, *et al.*, | : : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 21st day of May, 2014, upon consideration of the petition for writ of habeas corpus (Doc. 1), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

3. There is no basis for the issuance of a certificate of appealabilty. See 28 U.S.C. § 2253(c)(1)(A).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania